UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT A. BLUM *and* AUDREY R. BLUM,

                    Petitioners,

        -against-

UNITED STATES OF AMERICA,

                    Respondent.

**ORDER**

24-mc-151 (ER)

The United States is directed to respond to Petitioners' request by April 16, 2024.

SO ORDERED.

Dated:   April 2, 2024
            New York, New York

                                                      Edgardo Ramos, U.S.D.J.