UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

In re:

Petition of Scott A. Blum and Audrey
R. Blum for Disclosure of Grand Jury
Materials Related to Case No. S1 05
Crim. 0888 (LAK)

Misc. No. 1:24-mc-00151-ER

------------------------------X

# [PROPOSED] ORDER

Upon consideration of the Petition for Disclosure of Grand Jury Materials Related to Case No. S1 05 Crim. 0888 (LAK), the Petition is GRANTED and it is hereby ORDERED that such grand jury materials be released to Petitioners pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i).

Date: April 19, 2024

_____
Edgardo Ramos, U.S.D.J.